# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                      No. 4:12CR00097 JLH

KELLI JO CRAIG,
a/k/a Kelli Jo Brock                                                                    DEFENDANT

## ORDER

At the commencement of trial today, counsel for the defendant notified the Court that the defendant's current name is Kelli Jo Craig. She was known as Kelli Jo Brock at the time of many of the events in question, but she has since married and changed her name. The parties agree that the docket should be changed to reflect the defendant's actual legal name at this time. Therefore, the Court orders the Clerk of Court to change the docket to reflect that the defendant's name is Kelli Jo Craig, a/k/a Kelli Jo Brock.

IT IS SO ORDERED this 12th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE