# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                        No. 4:12CR00097 JLH

KELLI JO CRAIG,
a/k/a Kelli Jo Brock                                                   DEFENDANT

## ORDER

For the reasons stated from the bench today, the defendant's motion to dismiss the indictment is DENIED. Document #29. The Court will, however, consider the arguments in the motion to dismiss when the defendant moves for judgment of acquittal. The United States will be permitted to file a written response to the motion on the issue of whether the evidence is sufficient.

IT IS SO ORDERED this 12th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE