**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                                        No. 4:12CR00097 JLH

KELLI JO CRAIG,
a/k/a Kelli Jo Brock                                                        DEFENDANT

## ORDER

On the 12th day of November, 2013, this matter came before the Court for trial by jury. At the conclusion of the prosecution's case-in-chief, and again at the conclusion of all of the evidence, Kelli Jo Craig, a/k/a Kelli Jo Brock, moved for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure. Pursuant to Rule 29(b), the Court reserved a decision on the motion. The jury returned a verdict of not guilty on Count 1 and guilty on Count 2. Counsel for the defendant then requested an opportunity to brief the motion for judgment of acquittal more fully, which the Court granted. Kelli Jo Craig's brief must be filed on or before December 2, 2013. The response of the United States must be filed within seven days after Craig's brief is filed. If Craig chooses to reply to the government's response, her reply must be filed within seven days after the government's response is filed.

Count 1 is hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of November, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE