IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              No. 4:12CR00097 JLH

KELLI JO CRAIG,
a/k/a Kelli Jo Brock                                              DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the motion for judgment of acquittal filed by Kelli Jo Craig, a/k/a Kelli Jo Brock, is GRANTED. Document #45. The indictment is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE